# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

132709

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DALTON SHANE WEBER AND
CHRISTOPHER JASON WEBER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
        Petitioner-Appellee,

v

ANGELA IRENE WEBER,
        Respondent-Appellant,

and

SHANE JERRY LACKIE,
        Respondent.

SC: 132709
COA: 269146
Oakland CC
Family Division: 04-698001-NA

_____/

On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

_____
Clerk